Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.: 18−15827−KCF
    Chapter: 13
    Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antero B. Gonzales Jr.
   dba I.M. Care of Brick and Freehold
   30 Mayberry Drive
   Tinton Falls, NJ 07724

Social Security No.:
   xxx−xx−4054

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/15/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 15, 2018
JAN: ckk

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-15827-KCF
Antero B. Gonzales, Jr.                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jun 15, 2018
                              Form ID: 148             Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2018.
db           +Antero B. Gonzales, Jr.,    30 Mayberry Drive,    Tinton Falls, NJ 07724-9739
517409515     Amalgamated Real Estate Management,    c/o Ocwen Loan Servicing,    PO Box 24781,
               West Palm Beach, FL 33416-4781
517573228    +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
               Irvine, CA 92619-5004
517409517    +May Spp Hoo,   c/o John Ross, Esq.,    46 Thoreau Drive,    Freehold, NJ 07728-4329
517563299    +National Loan Investors, L.P.,    5619 N Classen Blvd,    Oklahoma City OK 73118-4015
517409518     National Loan Investors, LP,    5619 N. Classen Blvd,    Oklahoma City, OK 73118-4015
517409519    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Divison of Taxation,    PO Box 245,
               Trenton, NJ 08695)
517569864    +The State of New Jersey,    Division of Employer Accounts,    POB 379,    Trenton, NJ 08025-0379
517409520     Udren Law Office,    Woodcrest Corp. Center,    111 Woodcrest Road, Suite 200,
               Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 15 2018 23:47:45     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 15 2018 23:47:40      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517409516     EDI: IRS.COM Jun 16 2018 03:28:00     Internal Revenue Service,    Po Box 7346,
               Philadelphia, PA 19101-7346
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2018 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Bruce W. Radowitz    on behalf of Debtor Antero B. Gonzales, Jr. bradowitz@comcast.net,
               r45676@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4