Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

                Case No.: 18−15827−KCF  
                Chapter: 13  
                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Antero B. Gonzales Jr.  
   dba I.M. Care of Brick and Freehold  
   30 Mayberry Drive  
   Tinton Falls, NJ 07724

Social Security No.:  
   xxx−xx−4054

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          9/12/18  
Time:         10:00 AM  
Location:     Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 30, 2018  
JAN: ckk

                                              Jeanne Naughton  
                                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Antero B. Gonzales, Jr.
    Debtor

Case No. 18-15827-KCF
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 30, 2018
                   Form ID: 132    Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2018.
```
db             +Antero B. Gonzales, Jr.,   30 Mayberry Drive,   Tinton Falls, NJ 07724-9739
517409515       Amalgamated Real Estate Management,   c/o Ocwen Loan Servicing,   PO Box 24781,
                 West Palm Beach, FL 33416-4781
517573228      +MTGLQ Investors, LP,   c/o Rushmore Loan Management Services,   P.O. Box 55004,
                 Irvine, CA 92619-5004
517409517      +May Spp Hoo,   c/o John Ross, Esq.,   46 Thoreau Drive,   Freehold, NJ 07728-4329
517563299      +National Loan Investors, L.P.,   5619 N Classen Blvd,   Oklahoma City OK 73118-4015
517409518       National Loan Investors, LP,   5619 N. Classen Blvd,   Oklahoma City, OK 73118-4015
517409519     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,   Divison of Taxation,   PO Box 245,
                 Trenton, NJ 08695)
517569864      +The State of New Jersey,   Division of Employer Accounts,   POB 379,   Trenton, NJ 08025-0379
517409520       Udren Law Office,   Woodcrest Corp. Center,   111 Woodcrest Road, Suite 200,
                 Cherry Hill, NJ 08003-3620
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 31 2018 00:09:30      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 31 2018 00:09:25      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517409516       E-mail/Text: cio.bncmail@irs.gov Jul 31 2018 00:08:59      Internal Revenue Service,
                 Po Box 7346,   Philadelphia, PA 19101-7346
                                                                                              TOTAL: 3
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2018 at the address(es) listed below:
```
              Albert Russo     docs@russotrustee.com
              Bruce W. Radowitz    on behalf of Debtor Antero B. Gonzales, Jr. bradowitz@comcast.net,
               r45676@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```