DEMBO, BROWN & BURNS LLP
Kyle F. Eingorn, Esquire
1300 Route 73, Suite 205
Mount Laurel, NJ 08054
e-mail: keingorn@dbblegal.com
(856)354-8866
Attorney for Creditor, National Loan Investors, LP

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | CHAPTER 13 |
| ANTERO B. GONZALES, JR., | Case No.: 18-15827-KCF |
| Debtor | The Honorable Kathryn C. Ferguson, U.S.B.J. |
| | Hearing Date: September 12, 2018 |

## **OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Secured Creditor, National Loan Investors, L.P. ("NLI"), by and through its undersigned counsel, does hereby respectfully object to the confirmation of the Debtor's Chapter 13 plan as follows:

1. NLI is the holder of the Note, Mortgage, and Assignment of Leases (the "Loan Documents") securing the Debtor's commercial real property located at 246 South Street, Freehold, New Jersey 07722 (the "Property"). Copies of the Loan Documents are attached to NLI's Proof of Claim [Claim 2-1].

2. On or about May 31, 2018, NLI filed its proof of claim in this matter [Claim 2-1], which reflects arrearages of $13,541.89 related to the Debtor's obligation under the Loan Documents.

3. The Debtor's Plan [Doc 11] incorrectly states that the loan to NLI is current and does not provide for payment of the arrearage amount to NLI.

4. The Debtor's Plan fails to provide for payment of the outstanding real estate taxes on the Property. As can be seen in <u>Exhibit</u> A attached hereto, there is currently $43,579.09 due and owing from the Debtor to the Freehold Township Tax Office in unpaid real estate taxes, special charges and accrued interest.

5. Lastly, the Debtor's Schedule I [Doc 10 at p. 4] provides that his income is derived from rents or operation of a business. To the extent that the Debtor is seeking to pay his plan with rents derived from the Property, NLI objects.

6. Based upon the Third Circuit Court of Appeal's holding in <u>First Fidelity Bank, N.A. v. Jason Realty</u>, 59 F.3d 423 (3d Cir. 1995), due to the operation of NLI's absolute Assignment of Leases, any rents derived from the Property cannot be used by the Debtor as a funding source for the Debtor's Plan of Reorganization.

7. Without further information, it is unknown whether the Debtor can confirm a plan without the use of the rents, if any.

WHEREFORE, secured creditor, National Loan Investors, L.P. objects to the confirmation of the Debtor's Chapter 13 Plan.

                                          DEMBO, BROWN & BURNS LLP
                                        Counsel for National Loan Investors, LP

                          By: <u>/s/ Kyle F. Eingorn</u>
                              Kyle F. Eingorn, Esquire

Dated: August 29, 2018

EXHIBIT "A"

Case 18-15827-KCF    Doc 42    Filed 08/29/18    Entered 08/29/18 09:48:22    Desc Main
Document    Page 4 of 4


```
TAX DELINQUENT NOTICE              Prop Loc: 246 SOUTH ST
FREEHOLD TOWNSHIP                  Block/Lot:    52.           2.
FREEHOLD TOWNSHIP TAX OFFICE       Account Id: 02103000
1 MUNICIPAL PLAZA                  Bank Code:
FREEHOLD, NJ  07728                Notice Date:      08/07/18
                                   Interest Through: 08/31/18
Phone: (732)294-2025  Fax: (732)294-1736


       GONZALES, ANTERO
       30 MAYBERRY DR
       TINTON FALLS, NJ          07724


        Yr/Prd  Principal   Interest       Total
Taxes   16   1  2,174.65     728.51     2,903.16
        16   2  2,174.65     728.51     2,903.16
        16   3  2,303.26     771.59     3,074.85
        16   4  2,303.25     758.92     3,062.17
        17   1  2,238.96     636.98     2,875.94
        17   2  2,238.95     536.23     2,775.18
        17   3  2,214.18     430.66     2,644.84
        17   4  2,214.17     331.02     2,545.19
        18   1  2,226.57     232.68     2,459.25
        18   2  2,226.56     132.48     2,359.04
        18   3  2,254.66      32.69     2,287.35
                                        ----------
Total Taxes                            29,890.13

Special Charges

Tax     13   3  1,302.25     149.76     1,452.01
        13   4  2,092.03     240.58     2,332.61
        14   1  2,167.81     249.30     2,417.11
        14   2  2,167.81     249.30     2,417.11
        14   3  2,273.60     261.46     2,535.06
        14   4  2,273.60     261.46     2,535.06
                                        ----------
Total Tax                              13,688.96
                                        ----------
     TOTAL DUE                         43,579.09
```

---

```
TAX DELINQUENT NOTICE        Type           Principal     Interest         Total
FREEHOLD TOWNSHIP            Taxes          24,569.86     5,320.27     29,890.13
                             Sp Charges     12,277.10     1,411.86     13,688.96
Notice Date:   08/07/18                     ----------    ---------    ----------
Interest Thru: 08/31/18      Total          36,846.96     6,732.13     43,579.09



       GONZALES, ANTERO            Prop Loc: 246 SOUTH ST
       30 MAYBERRY DR              Block/Lot:    52.           2.
       TINTON FALLS, NJ    07724   Account Id: 02103000
                                   Bank Code:
```

