| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>DEMBO, BROWN & BURNS LLP<br>BY: KYLE F. EINGORN, ESQUIRE<br>1300 ROUTE 73<br>SUITE 205<br>MT. LAUREL, NJ 08054<br>(856) 354-8866<br>KEINGORN@DBBLEGAL.COM<br>ATTORNEYS FOR NATIONAL LOAN INVESTORS, L.P. | Order Filed on October 3, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>ANTERO B. GONZALES, JR.,<br><br>      Debtor | Chapter 13<br>Case No. 18-15827-KCF<br>The Honorable Kathryn C. Ferguson, U.S.B.J. |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: October 3, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

THIS MATTER having come before the Court on Motion of National Loan Investors, L.P. ("NLI") seeking relief from the automatic stay and the court having considered any opposition filed in response thereto, hearing the arguments of counsel and for good cause having been shown;

It is hereby ORDERED as follows:

1. The Motion is hereby GRANTED.

2. The automatic stay pursuant to Section 362(a) of the Bankruptcy Code is vacated to permit NLI to pursue its rights as a secured creditor in the real property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

> **Land and premises commonly known 246 South Street, Freehold, New Jersey. Land and premises identified by the lot and block numbers set forth below on Official Tax Map of Freehold Township, County of Monmouth and State of New Jersey.**

| Block Number | Lot(s) Number |
|---|---|
| 52 | 2 |

3. This Order shall survive any conversion of this bankruptcy case to one filed under any other chapter under the Bankruptcy Code.

4. NLI shall serve a copy of this order on the Debtor, the Trustee and any other party who entered an appearance on this Motion.