UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

DEMBO, BROWN & BURNS LLP
BY: KYLE F. EINGORN, ESQUIRE
1300 ROUTE 73
SUITE 205
MT. LAUREL, NJ 08054
(856) 354-8866
KEINGORN@DBBLEGAL.COM
ATTORNEYS FOR NATIONAL LOAN
INVESTORS, L.P.

**Order Filed on October 3, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

ANTERO B. GONZALES, JR.,

    Debtor

Chapter 13
Case No. 18-15827-KCF
The Honorable Kathryn C. Ferguson, U.S.B.J.

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: October 3, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

THIS MATTER having come before the Court on Motion of National Loan Investors, L.P. ("NLI") seeking relief from the automatic stay and the court having considered any opposition filed in response thereto, hearing the arguments of counsel and for good cause having been shown;

It is hereby ORDERED as follows:

1.  The Motion is hereby GRANTED.

2.  The automatic stay pursuant to Section 362(a) of the Bankruptcy Code is vacated to permit NLI to pursue its rights as a secured creditor in the real property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

> **Land and premises commonly known 246 South Street, Freehold, New Jersey. Land and premises identified by the lot and block numbers set forth below on Official Tax Map of Freehold Township, County of Monmouth and State of New Jersey.**

| Block Number | Lot(s) Number |
|---|---|
| 52 | 2 |

3.  This Order shall survive any conversion of this bankruptcy case to one filed under any other chapter under the Bankruptcy Code.

4.  NLI shall serve a copy of this order on the Debtor, the Trustee and any other party who entered an appearance on this Motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Antero B. Gonzales, Jr.  
    Debtor

Case No. 18-15827-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Oct 03, 2018  
                        Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2018.  
db          +Antero B. Gonzales, Jr.,    30 Mayberry Drive,    Tinton Falls, NJ 07724-9739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2018 at the address(es) listed below:  
         Albert Russo    docs@russotrustee.com  
         Bruce W. Radowitz    on behalf of Debtor Antero B. Gonzales, Jr. bradowitz@comcast.net,  
          r45676@notify.bestcase.com  
         Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Kyle Francis Eingorn    on behalf of Creditor    National Loan Investors, LP keingorn@dbblegal.com  
         Michael E. Brown    on behalf of Creditor    National Loan Investors, LP mbrown@dbblegal.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                          TOTAL: 6