Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  18−15827−KCF
          Chapter:  13
          Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antero B. Gonzales Jr.
   dba I.M. Care of Brick and Freehold
   30 Mayberry Drive
   Tinton Falls, NJ 07724

Social Security No.:
   xxx−xx−4054

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/9/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 9, 2018
JAN: ckk

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-15827-KCF
Antero B. Gonzales, Jr.                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Oct 09, 2018
                              Form ID: 148             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2018.
db          +Antero B. Gonzales, Jr.,    30 Mayberry Drive,    Tinton Falls, NJ 07724-9739
cr          +National Loan Investors, LP,    Dembo, Brown & Burns LLP,    1300 Route 73, Suite 205,
              Mount Laurel, NJ 08054-2200
517409515    Amalgamated Real Estate Management,    c/o Ocwen Loan Servicing,    PO Box 24781,
              West Palm Beach, FL 33416-4781
517573228   +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
              Irvine, CA 92619-5004
517409517   +May Spp Hoo,    c/o John Ross, Esq.,    46 Thoreau Drive,    Freehold, NJ 07728-4329
517563299   +National Loan Investors, L.P.,    5619 N Classen Blvd,    Oklahoma City OK 73118-4015
517409518    National Loan Investors, LP,    5619 N. Classen Blvd,    Oklahoma City, OK 73118-4015
517409519   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:  State of New Jersey,    Divison of Taxation,    PO Box 245,
              Trenton, NJ 08695)
517718202    The State of New Jersey,    Div. of Employer Accounts,    POB 379,    Trenton, NJ 08625-0379
517569864   +The State of New Jersey,    Division of Employer Accounts,    POB 379,    Trenton, NJ 08025-0379
517409520    Udren Law Office,    Woodcrest Corp. Center,    111 Woodcrest Road, Suite 200,
              Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 10 2018 01:12:04     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 10 2018 01:12:01     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517409516    EDI: IRS.COM Oct 10 2018 04:28:00      Internal Revenue Service,    Po Box 7346,
              Philadelphia, PA 19101-7346
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517718204*     The State of New Jersey,    Div. of Employer Accounts,    POB 379,    Trenton, NJ 08625-0379
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Bruce W. Radowitz    on behalf of Debtor Antero B. Gonzales, Jr. bradowitz@comcast.net,
               r45676@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kyle Francis Eingorn    on behalf of Creditor   National Loan Investors, LP keingorn@dbblegal.com
              Michael E. Brown    on behalf of Creditor   National Loan Investors, LP mbrown@dbblegal.com
              Rebecca Ann Solarz    on behalf of Creditor   MTGLQ Investors, LP rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7